## Warren E. DELONG, Plaintiff–Appellant,

v.

## Cal A. TERHUNE; et al., Defendants–Appellees.

### No. 00–17477.
### D.C. No. CV–00–00330–GEB.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

■ Warren E. DeLong, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that California Department of Corrections officials violated his constitutional rights by improperly designating him as a "R" suffix inmate. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim, *Kimes v. Stone,* 84 F.3d 1121, 1126 (9th Cir.1996), and we affirm.

■ Dismissal was proper because the allegations contained in DeLong's complaint do not state a cause of action as prison officials were justified in classifying DeLong with a "R" suffix because of his prior arrest for rape, *see* Cal.Code Regs. tit. 15, § 3377.1(b) (1995); California Department of Corrections Operations Manual § 62010.4.3.1 (1989), and therefore appellant suffered no constitutional violation. *See Saucier v. Katz,* 533 U.S. 194, 121 S.Ct. 2151, 2157, 150 L.Ed.2d 272 (2001).

DeLong's "Motion for Dismissal of Default Opening Brief Submitted by Defendant Appellees" is denied.

**AFFIRMED.**

---

* Because the panel unanimously finds this case suitable for decision without oral argument, DeLong's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.